# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 1:19-cv-22327-KMW

| | |
|---|---|
| LAURA ROSSANO, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>BRAMAN HYUNDAI, INC., a Florida corporation, MAJOR ADVERTISING LLC, a Florida Limited Liability Company, and THE STRATICS GROUP, INC., a foreign corporation,<br><br>                    Defendants. | <u>CLASS ACTION</u><br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Laura Rossano ("Plaintiff") and Defendants Braman Hyundai, Inc., Major Advertising, LLC, and The Stratics Group, Inc. (collectively, "Defendants"), by and through their respective counsel, jointly stipulate to a Dismissal with Prejudice with respect to all of the claims asserted by Plaintiff against Defendants in the above-captioned matter.

The parties further stipulate that they shall bear their respective attorneys' fees and costs. Respectfully submitted,

DATED: August 16, 2019

ROBBINS GELLER RUDMAN
  & DOWD LLP
MARK J. DEARMAN
Florida Bar No. 982407
JASON H. ALPERSTEIN
Florida Bar No. 64205
ERIC S. DWOSKIN
Florida Bar No. 112459


*s/ Jason H. Alperstein*
JASON H. ALPERSTEIN

120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
mdearman@rgrdlaw.com
jalperstein@rgrdlaw.com
edwoskin@rgrdlaw.com

HIRALDO P.A.
MANUEL S. HIRALDO
Florida Bar No. 030380
401 E. Las Olas Blvd., Suite 1400
Ft. Lauderdale, FL  33301
Telephone:  954/4000-4713
mhiraldo@hiraldolaw.com

SHAMIS & GENTILE, P.A.
ANDREW J. SHAMIS
Florida Bar No 101754
14 NE First Avenue, Suite 400
Miami, FL  33132
Telephone:  305/479-2299

1

786/623-0915 (fax)
ashamis@shamisgentile.com

EDELSBERG LAW, PA
SCOTT EDELSBERG
Florida Bar No. 0100537
2875 NE 191st Street, Suite 703
Aventura, FL 33180
Telephone: 305/975-3320
scott@edelsberglaw.com

Counsel for Plaintiff

DATED: August 16, 2019

STEARNS WEAVER MILLER
  WEISSLER ALHADEFF
  & SITTERSON, P.A.
GRACE L. MEAD
Florida Bar No. 49896
JENEA M. REED
Florida Bar No. 84599
DAVID T. COULTER
Florida Bar No. 0119864

_____
GRACE L. MEAD

Museum Tower, Suite 2200
150 West Flagler Street
Miami, FL 33130
Telephone: (305) 789-3200
305/789-3395 (fax)
gmead@stearnsweaver.com
jreed@stearnsweaver.com
dcoulter@stearnsweaver.com

BRAMAN MANAGEMENT
  ASSOCIATION
DAVID. S. LEIBOWITZ
Florida Bar No. 529788
2060 Biscayne Blvd. Floor 2
Miami, FL 33137
Telephone: 305/576-1889
davidl@bramanmanagement.com

Counsel for Defendant Braman Hyundai, Inc.

2

DATED:  August 16, 2019                     DBR LAW, P.A.
                                            DANIEL B. ROSENTHAL
                                            Florida Bar Number: 711934


                                            _____*s/ Daniel B. Rosenthal*_____
                                            DANIEL B. ROSENTHAL

                                            1900 Glades Road, Suite 270
                                            Boca Raton, FL 33431
                                            Telephone: (561) 853-0991
                                            Email: daniel@dbrlawfirm.com
                                            Secondary Email: rose@dbrlawfirm.com

                                            Counsel for Defendant Major Advertising, LLC

DATED:  August 16, 2019                     LOCKE LORD LLP
                                            DALE A. EVANS JR.
                                            Florida Bar Number: 98496
                                            REBECCA K. MARINE
                                            Florida Bar Number: 1002503
                                            SIMON FLEISCHMANN (pro hac vice)


                                            _____*s/ Simon Fleishmann*_____
                                            SIMON FLEISCHMANN

                                            777 South Flagler Drive
                                            East Tower, Suite 215
                                            West Palm Beach, FL 33401
                                            Telephone: 561-833-7700
                                            Fax: 561-655-8719
                                            dale.evans@lockelord.com

                                            Counsel for Defendant Stratics Networks, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Grace L. Mead.
Grace L. Mead
